No. 86–5132. HAMPTON v. K MART CORP. C. A. 5th Cir. Certiorari denied.

No. 86–5133. HENAGER v. OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 86–5136. MISSIRLIAN v. HUNTINGTON MEMORIAL HOSPITAL. C. A. 9th Cir. Certiorari denied.

No. 86–5138. VIOLA v. KUBITZA ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–5140. MOBLEY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 86–5141. RODRIGUEZ v. TEXAS. Ct. App. Tex., 3d Sup. Jud. Dist. Certiorari denied.

No. 86–5142. RAINES v. BOUTWELL, ACTING WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–5144. MILLER v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 86–5145. THOMAS v. DEUKMEJIAN, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–5146. MANN v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 86–5148. VESTER v. WILSON COUNTY SUPERIOR COURT ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–5149. MIHAL ET AL. v. SARGIS ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 86–5150. DURHAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5151. MCLAMB v. THIGPEN ET AL. C. A. 5th Cir. Certiorari denied.